No. 82–6725.   TIPPINS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6740.   FULLER v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6743.   MEDINA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–6745.   TAYLOR ET AL. v. COURT OF COMMON PLEAS OF DELAWARE COUNTY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–6752.   NOLAN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–6762.   CHICO v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–6773.   LESANE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–1490.   CARTHAN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   JUSTICE MARSHALL would grant certiorari.

No. 82–1602.   PHOENIX BAPTIST HOSPITAL & MEDICAL CENTER, INC. v. SHS HOSPITAL CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 82–1610.   MIAMI CONSERVANCY DISTRICT v. MARSH, SECRETARY OF THE ARMY, ET AL.   C. A. 6th Cir.   Certiorari denied.   JUSTICE O'CONNOR would grant certiorari.

No. 82–1738.   GRENADA BANK, DBA COAHOMA BANK v. WILLEY ET AL.   C. A. 5th Cir.   Motion of petitioner to defer consideration of the petition for writ of certiorari denied.   Certiorari denied.